## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Marvin Schneider,**             Plaintiff,<br>v.<br>**BURLINGTON NORTHERN SANTA FE RAILROAD COMPANY, (BNSF) a Corporation,**             Defendant**.** | **CIVIL NO:06-cv-260 ADM/JSM**<br><br>**Voluntary Dismissal Under Rule 41(a)** |

Pursuant to a private settlement agreement, Plaintiff voluntarily dismisses this civil action under F.R.C.P Rule 41(a); Defendant has not answered or otherwise plead in this action.

Dated this 24th day of August, 2006

*s/ Charles A. Collins*
Charles A. Collins, P.A.  #0017954
Labor and Professional Centre
411 Main Street, Suite 410
St. Paul, MN 55102

(651) 225-1125 phone (651) 225-1153 fax

Attorney for the Plaintiff Marvin Schneider