AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Marvin Schneider

V.

Burlington Northern Santa Fe Railroad Company

**JUDGMENT IN A CIVIL CASE**

Case Number: 06-260   ADM/JSM

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-captioned civil case, may be, hereby is, dismissed with prejudice, each party to bear their own costs.

| August 29, 2006 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Amy Linner |
| | (By)     Amy Linner,   Deputy Clerk |

Form Modified: 09/16/04